DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANDRA KAY KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-0072 SMS |
| Plaintiff, ) ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON |
| v. ) ) | |
| SANDRA KAY KING, ) ) | Date:   February 7, 2008 Time:   10:00 a.m. |
| Defendant. ) ) | Judge:  Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the change of plea hearing in the above-referenced matter now set for January 31, 2008, **may be continued to February 7, 2008 at 10:00 a.m.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for plea negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon

1   The parties also agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Ann H. Voris with consent of
DATED: January 23, 2008         By  Mary Steffora
                                    MARY STEFFORA
                                    Certified Law Clerk
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: January 23, 2008         By  /s/ Ann H. Voris
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Sandra Kay King


## O R D E R

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:  January 24, 2008**                    /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE