McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-072 SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO WITHDRAW |
| v. | ) | WARRANT |
| | ) | |
| SANDRA KAY KING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff and ANN VORIS, attorney for Defendant, that the warrant for the defendant shall be withdrawn.

                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: January 25, 2007     By   /s/Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney

Dated: January 25, 2007          /s/ Ann Voris
                                ANN VORIS
                                Attorney for Defendant

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-072 SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO WITHDRAW |
| v. | ) | WARRANT |
| SANDRA KAY KING, | ) | |
| Defendant. | ) | |
| | ) | |

Per the parties stipulation, IT IS HEREBY ORDERED that the warrant for the defendant shall be withdrawn.

IT IS SO ORDERED.

Dated:   **January 28, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE