

FILED

OCT 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00072 SMS |
| Plaintiff, ) | ORDER OF RELEASE |
| vs. ) | |
| SANDRA KAY KING, ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 16, 2009 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 16, 2009

_____
GARY S. AUSTIN
U.S. Magistrate Judge

9/26/96 exonbnd.frm

1